UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE COMMUNITY CHURCH, et al.,

        Plaintiffs,

        CASE NO. 07-CV-14674

-vs-

        PAUL D. BORMAN

LENOX TOWNSHIP, et al.        UNITED STATES DISTRICT JUDGE

        Defendants.
_____ /

## ORDER DENYING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL BRIEF

Before the Court is Plaintiffs' Motion to Strike Consideration of Defendants' Late Response Brief. (Doc. No. 20). During the November 28, 2007, status conference the Court ordered the Plaintiffs' to submit a supplemental brief on the issue of a Temporary Restraining Order/Preliminary Injunction. The Court ordered that the Plaintiffs' brief be filed by December 10, 2007. The Court further ordered Defendants' Response be filed by December 14, 2007. The Motion is currently scheduled for oral argument on December 20, 2007.

Plaintiffs' seek for the Court to strike Defendants' supplemental response brief for the reason that it was filed three days late, on December 17, 2007. However, after review the Court finds that Defendants' brief shall be considered as the Court finds the Response to be beneficial and no prejudice was worked upon Plaintiffs' for the reason that Plaintiffs' were not permitted to file a Reply.

For these reasons, the Court

(1)    **DENIES** Plaintiffs' Motion to Strike Consideration of Defendants' Late Response Brief. (Doc. No. 20).

**SO ORDERED.**

                                            S/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: December 18, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 18, 2007.

                                            S/Denise Goodine
                                            Case Manager