**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GRACE COMMUNITY CHURCH, et al.,

    Plaintiffs,

CASE NO. 07-CV-14674

-vs-

PAUL D. BORMAN
LENOX TOWNSHIP, et al.      UNITED STATES DISTRICT JUDGE

    Defendants.
_____ /

**ORDER DENYING**
**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE A PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for a Temporary Restraining Order, or in the Alternative a Preliminary Injunction. (Doc. No. 2). A hearing on the Motion was held on December 20, 2007. For the reasons stated on the record, the Court **DENIES** Plaintiffs' Motion.

**SO ORDERED.**

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: December 21, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 21, 2007.

    s/Denise Goodine
    Case Manager